# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

RYAN MICHAEL FRANCIS                                         PETITIONER

VS.                         2:16-CV-00132 JM-JTR

PENSACOLA FLORIDA FEDERAL
PRISON CAMP                                                  RESPONDENT

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge James M. Moody, Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the entry of this Recommendation. The failure to timely file objections may result in waiver of the right to appeal questions of fact.

## I. Discussion

On October 3, 2016, Petitioner, Ryan Michael Francis ("Francis") filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.[1]  *Doc. 1*. Because Francis did not pay the $5.00 filing fee or file a Motion to Proceed *In Forma Pauperis*, the Court did not order service of the Petition.

On October 20, 2016, the Court entered an Order giving Francis until November 23, 2016, to either: (1) pay the $5.00 filing fee in full; or (2) a file a properly completed Application to Proceed *In Forma Pauperis*.  *Doc. 4*.  The Court advised Francis that if he failed "to timely and properly comply with this Order," his habeas action would "be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2)." *Id.*

As of the date of this Recommended Disposition, Francis has neither paid the filing fee nor filed an Application to Proceed *In Forma Pauperis*. Thus, the Court recommends that this case be dismissed, without prejudice, due to Francis's failure to comply with Local Rule 5.5(c)(2).

---

[1]  Francis challenges a disciplinary he received at the Pensacola, Florida Federal Prison Camp. He seeks reinstatement of lost good time credit while in custody and a credit on his probationary sentence.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT the Petition for a Writ of Habeas Corpus be DISMISSED, WITHOUT PREJUDICE. IT IS FURTHER RECOMMENDED THAT a Certificate of Appealability be DENIED pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

Dated this 5th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE