UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RYAN MICHAEL FRANCIS                                                                 PETITIONER

VS.                                   2:16-CV-00132 JM-JTR

PENSACOLA FLORIDA FEDERAL
PRISON CAMP                                                                                    RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Petitioner Ryan Michael Francis's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, *Doc. 1*, is DENIED, without prejudice.

DATED this 3rd day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE